**United States v. Andrew Robertson, 21-cr-209 (CKK)**
**Government's Memorandum in Aid of Sentencing**

**Exhibit 1: Items Purchased from Amazon and Crate & Barrel**
**By Defendant Using the Firm A Purchasing Card ("P-card")**

| | |
|---|---|
| LG Electronics 60UJ7700 60-Inch 4K Ultra HD Smart LED TV (2017 Model) | Gucci Interlocking Iconic Bezel Anthracite Stainless Steel Men's Watch with Leather Band(Model:YA133206) |
| Simplehuman Tension Arm Paper Towel Holder, Stainless Steel | Prada Men's Dark Blue Denim Casual Pants US 36 IT 52; |
| Heavy 6G PEVA Frosted Shower Curtain Liner - 72" by 72" Frosted Liner - Mildew Resistant - Chlorine Free | Triple F.A.T. Goose SAGA Collection \| Norden Mens Hooded Goose Down Jacket Parka with Real Coyote Fur (X-Large, Navy) |
| InterDesign York Lyra Over the Door Organizer Hooks for Coats, Hats, Robes, Towels - 3 Hooks, Chrome | Prada Men's Suede with Nylon Trainer Sneaker, Navy/black 4E2942 (8.5 US/7.5 UK) |
| Nike Men's Air Jordan 7 Retro Shoe, University Blue/White/Black/White, 8.5 D(M) US | Prada Men's Military Green Stretch Straight Leg Jeans US 36 IT 52 |
| Air Jordan 7 Retro Pure Money Men Lifestyle Sneakers vii New White - 8.5 | Bath & Body Works 3-Wick Candle in Fresh Balsam |
| Tommy Hilfiger Men's Dathan Fashion Sneaker,Light Brown Leather,8.5 M US | Prada Men's Plume Calf Leather With Suede Trainer Sneaker, Grey/White/Blue 4E2943 (9 US/8 UK) |
| Diesel Men's Claw Action S-Actwyngs Sneaker, Vaporous Gray/Castlerock, 8.5 M US | Prada Men's Cotton Argyle Sweater Beige |
| Versace Collection Men's Brown Leather Fashion Sneakers Shoes US 9 IT 42 | Unisex Wool Knit Scarves Thick Warm For Cold Winter Striped Soft Mens Braided Acrylic Wrap DFS096 Brown |
| Polo Ralph Lauren Men Long Sleeve Pony Logo T-Shirt (X-Large, Brown Heather) | Dior Homme Geometric Print Hooded Sweatshirt Hoodie Grey |
| Polo Ralph Lauren Mens Classic Full-Zip Fleece Hoodie (RL 2000 Red, X-Large) | Prada Men's Khakis Stretch Straight Leg Jeans US 36 IT 52 |
| Polo Ralph Lauren Mens Pima Cotton V-Neck Sweater (Mediterranean Blue , L) | Ohoo Mens Slim Fit Long Sleeve Lightweight Zip-up Hoodie With Kanga Pocket/DCF002-WHITE-XL |
| Polo Ralph Lauren Mens Pima Cotton V-Neck Sweater (Natural , XL) | Prada Men's Cotton Turtle Neck Logo Long Sleeve Sweater White |
| POLO RALPH LAUREN MEN'S PIMA COTTON V-NECK SWEATER, FLAME HEAT, XL | The Joanna Vargas Twilight Epidermal Growth Factor Face Mask Will Help You Get Rid Of Wrinkles - Moisturizers with Peptides - Amino Acids |
| iRobot Roomba 652 Robot Vacuum | |
| DecoBros Over The Door 6 Hook Organizer Rack - Silver | Baxter of California Vitamin Cleansing Bar,7 oz |
| Gucci Men's GG Guccissima Leather High-top Sneaker, Nero (Black) 221825 (8.5 US/8 UK) | |

Prada Men's Nylon With Plume Calf Leather Trainer Sneaker, Black (Nero) 4E2845 (8.5 US/7.5 UK)

Prada Men's 2OE018 84C F0002 Black Leather Business Shoes EU 7.5 (41,5) / US 8.5

Philips Norelco Nose trimmer 1500, NT1500/49, with 3 pieces for nose, ears and eyebrows

Prada Men's Leather With Nylon Web Detail Lace-up Sneakers, White/Blue 4E3113 (8.5 US/7.5 UK)

Tumi Alpha Bravo Andersen Slim Commuter Brief, Hickory, One Size

Gucci Men's Wool Green Red Interlocking GG Slouchy Beanie Ski Hat

Gucci Men's Lightweight Burgundy Beige Wool Cashmere Beanie Ski Winter Hat

Gucci Viaggio Collection Men's Beige Techno Cotton Twill Hooded Winter Snow Jacket, Beige, XL

The North Face Men's Gordon Lyons Hoodie - Urban Navy Heather - XL

The North Face Half Dome Full Zip Hoodie - Men's TNF Black/TNF Black Reflective X-Large

The North Face Men's Half Dome Red Box Pullover Hoodie,TNF Red/TNF Black, X-Large

Gucci Men's Brown Leather Ankle Boots Shoes US 8.5 IT 7.5 EU 41.5;

SODO Men's SODO Men's SLU Premium Performance Hoodie, Heather Charcoal/Black, X-Large

BURBERRY Men's Jumper Sweater Pullover With Zip Rawlins Grey US Size L (US 40) 40593771

BURBERRY for Men Eau de Toilette, 1.7 oz

Nike Club Swoosh Men's Fleece Sweatpants Pants Classic Fit, Large - Dark Green/White

Vince Camuto Homme Eau de Toilette Spray,  6.7 Fl Oz

John Varvatos Artisan Eau de Toilette Spray, 4.2 fl. oz.

BURBERRY Men's Crew Neck Neckline Jumper Sweater Pullover Rossan Grey US Size XL (US 42) 40563291

Burberry Purple randolf Cashmere Sweater (XL)

Gucci Men's Blue Ripstop Hooded Techno Parka Jacket US XL EU 54

Leif Nelson LN20227 Men's Knitted Pullover,Black,US-XL / EU-XXL

Malin + Goetz Lime Bar Soap 140g HS-504-05

Dior Homme By Christian Dior For Men. Eau De Toilette Spray 3.4 Ounces

Baxter of California Vitamin Cleansing Bar, Italian Lime and Pomegranate, 7oz

Bath and Body Works Bergamot Waters Candle - Large 3-wick 14.5 oz White Barn Candle Co. - Bergamot Sandalwood Scent

Bath & Body Works 3-Wick Candle in Mahogany Teakwood High Intensity

New Era Mens NY Jets 39Thirty Sideline Hat, Green, M/L

Levi's Men's Carpenter Pant-Slim Fit, Compost Stretch Canvas, 36 30

CL - Tom Ford Solid Brown Casual Shirt Size 43/17 U.S.

Prada Cotton Crewneck Sweatshirt Beige

Polo Ralph Lauren Men's Cotton Blend Fleece Sweatpants Pants (Large, Light Sport Heather)

RALPH LAUREN Polo Mens Signature Classic Fleece Pants (Large, Blue Heather/Red Pony)

byFruit of the Loom Fruit of The Loom Men's 6-Pack Stay Tucked Crew T-Shirt (White, Large/42"-44" Chest)

Untlet Men's Lightweight Robes Long Sleeve Spa Robes Cotton (Navy Blue, X-Large)

Polo Ralph Lauren 6-Pack Marled Sole Grey Heel/Toe Athletic Crew Sock, White Assorted

Nike Mens Open Hem Fleece Pocket Sweatpants Light Grey/White 823513-063 Size Large

Prada Men's Cotton Piqué Short Sleeve Slim Fit Polo, Nero SJJ887 (2XL)

Bath and Body Works Bergamot Waters Candle - Large 3-wick 14.5 oz White Barn Candle Co. - Bergamot Sandalwood Scent

Bath & Body Works Candle 3 Wick 14.5 Ounce White Barn Pure White Cotton

Polo Ralph Lauren Mens Long Sleeve Crewneck Logo T-Shirt - XL - Charter Green

Polo Ralph Lauren Men's Long Sleeve Pony Logo T-Shirt - X-Large - Black Charcoal

Michael Kors Men's Abstract Patterned Cotton Shirt-M-XL

Prada Men's Black Full Zip Long Sleeve Shirt Size US 17 IT 43

Prada Men's Multi-Color Long Sleeve Dress Shirt US 17.5 IT 44;

NEW Simple Shine Stick | Compact Diamond Cleaning Brush and Jewelry Cleaner Solution All-In-One

Tumi Tegra-Lite  Max Large Trip Expandable Packing Case, T-Graphite, One Size

Jordan Men's Air XXXII PF, Signal Blue/Metallic Silver/Team Orange, 8.5 M US

Nike Dry Training Academy Men's Tracksuit (L, Black/White)

NIKE Mens Sportswear Tech Fleece Windrunner Hooded Sweatshirt Carbon Heather/Black 805144-091 Size Large

Michael Kors Men's Nylon Active Vest (Large, Mandarin)

Prada Men's Multi-Color Silk V-Neck Sleeveless Vest Sweater US L IT 52;

NIKE Air Jordan I 1 Retro High Hi NRG Patent Gold Toe 861428-007 US Size 8.5

Men's Air Jordan 3 Retro OG, Black Cement, 8 US

Prada Sport Men's Leather Low-Top Sneaker Shoes White

Prada Men's Suede With Nylon Trainer Sneaker, Blue 4E3110 (8.5 US/7.5 UK)

Burberry Light Gray randolf Cashmere Sweater L

Prada Men's 100% Wool Blue Crewneck Light Sweater US XL IT 54

Prada Men's 100% Wool Black V-Neck Pullover Sweater US XL IT 54;

Wiberlux Saint Laurent Men's High-Top Punched Accent Sneakers 39.5 Black Silver

Prada Men's Saffiano Rombi Leather Bi-fold Wallet 2MO513 Nero

Prada Men's 4E3015 234 F0009 White Leather Sneaker EU 7.5 (41,5)/US 8.5

Belle Fleur - Mayan Tuberose Candle

Mia Lorentz -Traditions - Smokey Cedarwood & Clove - 8.5 Oz. Luxury Candle

Diptyque Baies Candle-6.5 oz.

Prada Men's Multi-Color Full Zip Wool Cardigan Sweater Jacket US XL IT 54;

Beats Mixr On Ear Headphone - Blue

byFruit of the Loom Fruit of The Loom Men's 6-Pack Stay Tucked Crew T-Shirt (White, Large/42"-44" Chest)

adidas Originals Men's Superstar Track Jacket, Scarlet, L

adidas Men's Originals Superstar Track Pants, Scarlet, L

Apple 13.3" MacBook Air, 128GB SSD, MQD32LL/A Starters Bundles [Mid-2017 - Newest Version]

Prada Men's Leather Logo Penny Loafer Shoes Black

Prada Men's Cotton Piquà© Short Sleeve Slim Fit White Polo Shirt (X-Large)

Prada Men's 4E2719 White Fabric Sneaker EU 7.5 (41,5)/US 8.5

Jordan Men's Air 1 Retro High OG, Game ROYAL/SUMMIT WHITE-BLACK, 8.5 US

Prada Men's Cotton Bermuda Shorts Olive Green

Prada Men's Cotton Piquà© Short Sleeve Slim Fit Polo Shirt, Yellow (Sole) (XX-Large)

Prada Men's Cotton Piquà© Short Sleeve Slim Fit Polo Shirt, Sky-Blue (Cielo) (X-Large)

Prada Men's Brown Stretch Casual Shorts US 36 IT 52;

Gucci Men's Snakeskin & Leather Padded High-Top Sneaker, Navy/Beige/Silver 368494 (8.5 US/8 UK)

3

Sean John Men's Belted Flight Shorts (Chambray Blue, 36)

adidas Men's Trefoil Tee, White, XL

Gucci Men's Blue Cotton Jersey Polo Golf Shirt 354345 4372 (XL)

Sean John Men's Dip-Dyed Button Shirt (SJ Cream, X-Large)

Gucci Polo Shirt, Mens Gray Short Sleeve Polo T-Shirt GG Print All Sizes (XL)

Adidas Men's Trefoil Tee, Scarlet, XL

NIKE Men's Layup 2 Shorts, University Red/University Red/White, Large

Nike Men's Team Equalizer Soccer Shorts, Navy Blue, Large

NIKE Men's Dri-FIT Cotton 2.0 Tee, Game Royal/Game Royal/White, X-Large

True Religion Men's Geno Denim Short w/Hem in Black (36)

Fruit Of The Loom Men's A-Shirt(Pack Of 6) (White, Large 42"-44" Chest)

Hanes Men's Ultimate X-Temp Ankle Socks - 10-13 / Shoe: 6-12 - White

AirStep Men's Athletic Low-cut Socks with Arch Suport and Cushion Sole - 12 Pack, Black, Socks Size 10-13. Fits Shoe Size: 6-12

Salvatore Ferragamo Men's 'lorien' Bit Loafer, Saxony Blue (8.5 D(M) US)

Majestic Athletic Men's New York Yankees Giancarlo Stanton White Cool Base Replica Player Jersey (X-Large)

Oral-B Genius Pro 8000 Electronic Power Rechargeable Battery Electric Toothbrush with Bluetooth Connectivity Powered by Braun

Kitchy Pizza Cutter Wheel with Protective Blade Guard, Super Sharp and Easy To Clean Slicer, Stainless Steel (Green)

Polo Ralph Lauren Classic Fit 100% Cotton Boxer Briefs - 3 Pack (LCBBS3) L/Red/Island Blue/Navy

Hanes Men's 6-Pack FreshIQ ComfortSoft Tanks, White, X-Large

Polo Ralph Lauren 3 Boxer Briefs (RS71) L/White

Polo Ralph Lauren Classic Fit 100% Cotton Boxer Briefs - 3 Pack (LCBBS3) L/Royal/Apple/Heather

Salvatore Ferragamo Men's Double Gancio Adjustable Belt, Black/Blue, 36

Salvatore Ferragamo Men's Double Gancini Reversible Belt, Black/Auburn, 38

Hand Painted Gucci Snake Vans

Prada Men's Cotton Piqué Short Sleeve Slim Fit Polo Shirt, White SJJ887 (XXL)

Luxurman Mens 10K Natural 0.5 Ctw Diamonds Pinky Ring Band For Him (White Gold Size 10)

Libratone Q ADAPT Lightning In-Ear Noise Cancelling Headphones - for Apple Devices (Stormy Black)

Hugging Tree Hill Soap Box 3 Pack (Soap Dish) - Container Perfect for Cosmetics, Travel, Camp, and Storage. Made in USA! 4 x 2.5 x 1.5 in. (Black 3 Pa

Prada Men's Gabardine Canvas High Top Sneaker, Navy (8.5 US/7.5 UK)

Gucci Men's Calfskin Cap-Toe Lace-up Oxford Shoe, Black (Nero) 367927 (US 8.5 UK 8)

ROunderbum Men's Butt-Enhancing Padded Trunk, White, Large

ROunderbum Men's Padded Trunk, Heather Brown, Large

ROunderbum Men's Butt-Enhancing Padded Trunk, Gray, Large

Fruit of the Loom Men's A-Shirt, White, X-Large(Pack of 6)

NIKE Men's Sportswear Hangtag Swoosh Tee, Game Royal/White, X-Large

NIKE Men's Layup 2 Shorts, Game Royal/Game Royal/Game Royal/White, X-Large

ROunderbum Men's Butt-Enhancing Padded Trunk, White, Large

Prada Men's Plume Leather High-top Sneaker, White 4T2842 (8.5 US/7.5 UK)

adidas Mens Yeezy Boost 350" Blue Tint Blue Tint/Grey Fabric Size 8.5

Roja Baies Candle, 7.7 fl. oz.

Bath and Body Works Bergamot Waters Candle - Large 3-wick 14.5 oz White Barn Candle Co. - Bergamot Sandalwood Scent

Gucci Men's 'Damo' Leather Horsebit Driver, Navy 322741 (8.5 US/8 UK)

Gucci Men's Contrast Padded Textured Leather Lace-up Trainer Sneaker, Red 407330 (8 US/7.5 UK)

ROunderbum Men's Butt-Enhancing Padded Trunk, Gray, Large

ROunderbum Men's Butt-Enhancing Padded Trunk, Gray, Large

ROunderbum Men's Butt-Enhancing Padded Trunk, Gray, Large

Gentle Jewelry Cleaner Solution Kit: Gold, Sterling Silver, Diamond, Turquoise, Pearl, Earrings, Engagement or Wedding Ring, Fine & Fashion Jewlery, C

Easton Marlowe Men's Dress Socks Subtle Patterns - 6pk #38, Argyle Striped Polkadot - 39-42 EU shoe size

JOYNÃ‰E Men's Breathable Bamboo Canterbury Dress Socks (Pack of 6)

Adidas Yeezy Desert Rat 500 "Blush" - DB2908

Gucci Microguccissima Leather Belt, Dark Brown (T. Moro) (36-38 US/95 UK)

Prada Men's Vitello Leather Zip-Side High-top Sneaker, Black 4T2842 (8.5 US/7.5 UK)

Yeezy Boost 350 V2 F36980 Butter (8.5)

Oral-B Genius Pro 8000 Electronic Power Rechargeable Battery Electric Toothbrush with Bluetooth Connectivity Powered by Braun, Black

The Joanna Vargas Twilight Epidermal Growth Factor Face Mask Will Help You Get Rid Of Wrinkles - Moisturizers with Peptides - Amino Acids

Omega 3 Alaskan Fish Oil Chew Treats for Dogs - With AlaskOmega for EPA & DHA Fatty Acids - For Shiny Coats & Itch Free Skin - Natural Hip & Joint Sup

adidas Yeezy Boost 350 V2 - US 8.5

ROunderbum Men's Padded Boxer, Gray, Large

PRADA Luna Rossa SPORT Toiletry Bag + Shower Gel 2.5 oz + Sport Facial Moisturizer Cream 1.7 oz

Prada Men's Spazzolato Ribbon Nylon Sandals, Black 4X2210 (8.5 US UK 7.5)

BALLY Men's Winston Sneaker White 8.5 D UK

BALLY Men's Astreo Sneakers, White Multi, 8.5 D(M) US

True Religion Men's Buddha Logo Short Sleeve Tee2, White, XL

True Religion Men's Tee, Cyber Wash, XL

Luna Rossa Black by Prada Eau de Parfum 50ml

Brita Large 10 Cup Everyday Water Pitcher with Filter - BPA Free - White

Brita Replacement Water Filter for Pitchers, 3 Count

Rimowa Salsa Deluxe 29" Multiwheel with Electronic Tag

BALLY  Men's Piotre-310 Black 7.5 D UK

Polo Ralph Lauren Swim Short Aqua (Large)

Gucci Swim Shorts, Black Mens Swim Trunks - Sizes: S, M, L, XL, XXL (L)

Michael Kors Big Logo Swim Suit Trunks Board Shorts,Large, Black Gray

AmazonBasics Security Safe - 0.5-Cubic Feet

ROunderbum Men's Padded Boxer, Gray, Large

Gucci Quartz Stainless Steel and Rubber Casual Red Men's  Watch(Model: YA136309)

Apple MMEF2AM/A AirPods Wireless Bluetooth Headset for iPhones with iOS 10 or Later White

NIKEOFFWHITE OG Jordan 1 Retro High Off-White UNC (US8.5)

Gucci Men's Noel Suede Loafer, Blue (Thunder) (8 US/7.5 UK)

BALLY Men's Aston-New-05 Garconne 7.5 D UK

BALLY Men's New Competition Retro Sneaker White/Red 8.5 D UK

Prada Men's Black Leather Hi Top Fashion Sneakers Shoes US 8.5 IT 7.5 EU 41.5;

Driftsun 20 Quart Ice Chest/Heavy Duty Cooler/High Performance Commercial Grade Insulation (Tan)

BALLY Ascar Calf Leather Sneaker in Multicolor (8, Ink)

True Religion Men's Graffiti Graphic Tee, White with Space Mauve Print, XL

Bose SoundTouch 20 wireless speaker, works with Alexa, Black (738063-1100)

Safer Brand 05140 The Pantry Pest Trap, 2 Moth Traps

Air Jordan 2 Retro Low - 832819 101

Ted Baker Men's Martt Uniform Dress Shoe, Tan, 8.5 M US

Ted Baker Men's Martt Uniform Dress Shoe, Black, 8.5 M US

Malin + Goetz Lime Bar Soap, 5 oz

Baxter of California Men's Exfoliating Body Bar, 7 oz

Diptyque Baies Candle-6.5 oz.

Bath and Body Works Bergamot Waters Candle - Large 3-wick 14.5 oz White Barn Candle Co. - Bergamot Sandalwood Scent

Bath & Body Works Room Perfume Spray Bergamot Waters 2017

Ideal Home Range Guest Towel Decorative Paper Napkins, Please Use, Gold, 16 Count

Prada Men's Vitello Leather Suede Loafer Shoes Black

Prada Men's America's Cup Patent Leather Trainer Sneaker, Black (Nero) (8.5 US / 7.5 UK)

adidas Y-3 Men's Kusari II Sneakers, White/Black, 8.5 M UK

Valentino Men's Rockrunner Camouflage Suede Nylon Sneaker Shoes Navy Yellow

Valentino Men's Suede Leather Sneaker Shoes White Red

Gucci Original GG Canvas with Leather Belt, Brown/beige (32-34 US / 85 UK)

Versace Men's Iconic Long Boxer Brief with White and Gold Band White 1 4/MD (US 32)

Versace Men's Iconic Boxer Brief with Black Band Black 5/LG (US 34)

Versace  Men's Low Rise Trunks Red/White Underwear

Versace Men's Iconic Boxer Brief with Black Band Black 4/MD (US 32)

Versace Men's Iconic Long Boxer Brief with White and Gold Band White 1 5/LG (US 34)

Versace Men's Printed Low Rise Trunk White/Light Blue 5

NIKE Lebron XV

Air Jordan 11 Retro "Win Like 96" - 378037 623

Beats Studio3 Wireless Headphones - Shadow Gray

Beats Studio3 Wireless Headphones - Shadow Gray

Versace Men's Iconic Long Boxer Brief with White and Gold Band White 1 4/MD (US 32)

Home Decor Fall in Love Cotton Linen Pillow Covers 18x18,MFGNEH Autumn Decor Maple Leaves Throw Pillow Case Cushion Cover for Sofa

Nahuaa 2PCS Artificial Shrubs Fake Fall Bushes Large Silk Autumn Maple Leaves Bundles Indoor Outdoor Table Centerpieces Arrangements Home Kitchen Offi

Gucci Men's Stretch Khakis Casual Pants Size US 36 IT 52

Gucci CL Checked Orange Dress Shirt Size 44/17,5 U.S. Slim

Gucci Men's Dark Blue Cotton Denim Slim Jeans Pants, Blue, 36

Fendi Men's Shoes Leather Trainers Sneakers Black US Size 8 7E10894STF101G

Gucci Men's Suede Tassle Loafer Shoes Dark Brown

Gucci Men's Leather With Suede Detail Lace-up Oxford, Burnished Brown 368445 (US 8 UK 7.5)

Fendi Large Chameleon White Dial Black Leather Strap Diamond Watch F300034021D1

The Joanna Vargas Twilight Epidermal Growth Factor Face Mask Will Help You Get Rid Of Wrinkles - Moisturizers with Peptides - Amino Acids

Bamboo Charcoal Soap From Celebrity Facialist
Joanna Vargas -This Complexion Soap Can Be
Used As An Acne Face Wash and Natural Body
Soap- Natural Face
Exfoliating Is The Secret to Glowing Skin - The
Exfoliating Mask By Celebrity Facialist Joanna
Vargas - A Natural Enzyme Facial Peel and
Exfoliant - I
Gucci Men's Stretch Dark Wash Straight Leg Jeans
Size US 38 IT 54
Kettle Brand Potato Chips, Honey Dijon, Single-
Serve 1.5 Ounce (Pack of 24)
Johnsonville BTG0498BUN Sizzling Sausage
Specialty Grill & Cookbook, Black/Stainless
Bose QuietComfort 35 (Series II) Wireless
Headphones, Noise Cancelling, with Alexa voice
control - Silver
Diptyque Scented Candle - Baies (Berries) -
70g/2.4oz

Oster Copper-Infused DuraCeramic 3.3-Quart Air
Fryer
Prada Men's Black Leather Reak Sheep Fur
Trimmed Ankle Boots Shoes Sz US 8 IT 7 EU 41
frr Black Shearling Sheepskin Fudd Hat - L
Stetson Men's Cashmere Silk Blend Ivy Cap with
Lining, Gray, Large
Canada Goose Men's Chilliwack Bomber (X-Large,
Royal PBI Blue)
Thank You Gift Bag - Paper Shopping Bag 8 x 10 x
5 White Matte Elegant Euro Tote Heavy Duty 250
g Art Paper - Retail Merchandise/Boutique -
Embossed 12
Belle Fleur - Jasmine Verbena Candle
Belle Fleur - Mayan Tuberose Candle
Belle Fleur - Figue Noir Candle
Thank You Cards- Bulk Pack of 100 With
Envelopes White With Gold Hot Stamped Greeting
Cards
Moncler Unisex Striped Rib-Knit Beanie Black

Axis II Queen Sleeper-3 seat, Tate Queen Bed
Walnut
Beautysleep Queen Mattress
Baxter Marigold 10'x14' Rug
Ceres Desert Rug 9'x12' Rug
Simplehuman Recylcer 58 liters
Bunky Board Queen '15
Steppe Trunk
Tucker End Trunk
EA-Jaipur Orange F/Q Quilt
Pebble Matelasse Oyster Shwrcr

Shower Curtain Roller Rings Mat
Pebble Slate Queen Sheet Set
Dexter Floor Lamp with white Shade
Arch 6-Drawer Dresser Tea
EA-Siesta Grey F/Q Blanket
Dog Bed Piazza Shadow Large
Aldo II Mandarin 2.5'x8' Rug
EA-Chantal Classic SS Kettle
EA-Flannel Stripe Queen Sheet
Element Metal Vase Antiqued Br

Men's Nike Jordan Heritage Gym shoes
red/black size 9
Cartier Men's W5200014 Tank Solo Large
Stainless Steel Watch

Wellingsale 14k Yellow Gold Solid 7.5mm
Polished Flat Mariner White Pave Diamond Cut
Chain Necklace 24in
Beats Solo3 Wireless On-Ear Headphones -
Gloss Black

SquareTrade 3-Year Home AV Protection Plan

Tumi Alpha 2 Continental Expandable 4 Wheel Carry-On, Black, One Size

Tumi Alpha 2 Compact Laptop Brief Pack, Black, One Size

Pro Club Mens Comfort Cotton Tank Top, White, X-Large

Amazon Essentials Men's Short-Sleeve Plaid Shirt, Navy, X-Large

Gucci Men's Navy Suede Brb Leather Web Detail High-top Sneakers 337221 (9 US / 8.5 G, Navy)

Polo Ralph Lauren Mens Printed Swim Shorts Beach Trunks with Strings (Blue Surf, L)

Levi's Men's 559 Relaxed Straight Fit Jean, Range, 36x32

Polo Ralph Lauren Mens Logo Shorts Swim Trunks (Red Reef, L)

Gucci Men's Contrast Padded Textured Leather High Top Sneaker, White 368494 (US 8.5 (Gucci/UK 8))

Polo Ralph Lauren Mens Classic Fit 867 Jeans (36W x 32L)

Perry Ellis Men's Long Sleeve Solid Linen Popover Shirt, Bright White, X-Large

Polo Ralph Lauren Mens Dungarees Straight Chino (Aviator Navy, 36x32)

Nautica Men's Flat Front Linen Pant, Bright White, 36W x 32L

Dockers Men's Classic Fit Signature Khaki Pants D3, Black (Cotton)-Discontinued, 36W x 32L

Levi's Men's 514 Straight Jean,  Shoestring, 36x32

Levi's Men's 514 Straight Fit Jean Graphite, Chino/Padox Canvas, 36x32

IZOD Men's Advantage Performance Solid Polo, Real Red, X-Large

Sean John Men's Tailored Fit Check Spread Collar Dress Shirt, Cork, 17" Neck 32"-33" Sleeve

Levi's Men's 514 Straight Fit Jean, Veritable, 36x32

Smiffy's Men's 80's Prom King Costume, Multi, Large

PSD Underwear Men's Psd Premium Boxer Brief, White Jimmy Butler Signature's Cup Brief, Large

PSD Mens Ducky Jimmy Butler Boxers Underwear Large Brown

Men's Stainless Steel Bracelet (3/4 cttw, H-I Color, I2-I3 Clarity)

Furbuster Pet Hair Magnet

RETRO Gazelle Run Rap Nerd DJ Frame Clear Lens Eye Glasses

Z-joyee Mens Patent Leather Tuxedo Dress Shoes Lace up pointed Toe Oxfords Formal Wedding Shoes, Black, Us 8.5

Polo Ralph Lauren Mens Dungarees Straight Chino (Aviator Navy, 36x32)

CONCITOR LINEN Men's Dress Pants Trousers Flat Front Slacks Solid RED Color 36

IZOD Men's Advantage Performance Solid Polo, Real Red, Large

UGG Mens Metcalf Rain Boot Stout Size 8.5

50 22" Premium Glow Stick Necklaces Assorted Colors Glowsticks

Glow Sticks Party Pack: 8" Lumistick Bracelets w/ 22" Lumistick Necklaces

Nike Jordan Men's Air Jordan 1 Retro High Blk/Mtlc Rd Brnz Drk Gry White Basketball Shoe 8.5 Men US

Polo Ralph Lauren Men Medium Fit Soft Touch Polo Shirt, Newport Navy, X-Large

Polo Ralph Lauren Men's Medium Fit Interlock Polo Shirt (X-Large, Hampton Pink)

Polo Ralph Lauren Mens Chino Flat Front Shorts (Basic Sand, 36)

Stupell Home DÃ©cor Somewhere Over the Rainbow Watercolors Wall Plaque Art, 10 x 0.5 x 15, Proudly Made in USA

18

Hand Painted Red Beauty in Bloom Flowers
Painting Canvas Modern Contemporary Bouquet
Framed Wall Art For Living Room Dining
Room Office Bedroom

Bathroom Etiquette Guest Towels Party
Disposable Tableware and Supply, Paper, 2 Ply,
8" x 4", Pack of 16.
Thunaraz 2pcs Black Rubber Bracelets ID
Bracelet Engraved Bible Prayer and Serenity
Prayer

Polo Ralph Lauren Men's Cotton Blend Fleece
Sweatpants Pants (Large, Light Sport Heather)
Nike Jordan Men's Jordan 1 Mid Wolf
Grey/Cool Grey/Cool Grey Basketball Shoe 8.5
Men US
Nike Club Swoosh Men's Fleece Sweatpants
Pants Classic Fit, Large - Black/White
Polo Ralph Lauren Mens Slim Fit Soft Cotton
Pants (36W x 32L, Classic Khaki)
Ralph Lauren Men's Standard Fit Twill Pony
Logo Button-Down Shirt (L, Blue/Magenta)
Tommy Hilfiger Men's Dathan Fashion
Sneaker,Light Brown Leather,9 M US

19