**United States v. Andrew Robertson, 21-cr-209 (CKK)**
**Government's Memorandum in Aid of Sentencing**

**Exhibit 3A: Firm A Accounting Records**
**Showing Payments to "Windows" Catering Company**

| CH Last Name | CH First Name | Card Account Number | Card Last 4 Digits | Txn Number | Vendor Name | Vendor City | Post Date | Purchase Date | Amount | Credit | Debit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 11/19/2018 | 11/16/2018 | $ 3,411.58 | $ - | $ 3,411.58 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 11/16/2018 | 11/15/2018 | $ 3,411.58 | $ - | $ 3,411.58 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 11/7/2018 | 11/6/2018 | $ 1,488.67 | $ - | $ 1,488.67 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 11/6/2018 | 11/5/2018 | $ 3,411.58 | $ - | $ 3,411.58 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 11/5/2018 | 11/2/2018 | $ 1,488.67 | $ - | $ 1,488.67 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 11/1/2018 | 10/31/2018 | $ 1,488.67 | $ - | $ 1,488.67 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 10/31/2018 | 10/30/2018 | $ 1,488.67 | $ - | $ 1,488.67 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 10/29/2018 | 10/26/2018 | $ 1,488.67 | $ - | $ 1,488.67 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 10/26/2018 | 10/25/2018 | $ 1,488.67 | $ - | $ 1,488.67 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 10/25/2018 | 10/24/2018 | $ 1,488.67 | $ - | $ 1,488.67 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 10/24/2018 | 10/23/2018 | $ 1,488.67 | $ - | $ 1,488.67 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 10/23/2018 | 10/22/2018 | $ 1,488.67 | $ - | $ 1,488.67 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 10/19/2018 | 10/18/2018 | $ 3,411.58 | $ - | $ 3,411.58 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 10/16/2018 | 10/14/2018 | $ 3,411.58 | $ - | $ 3,411.58 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 10/15/2018 | 10/12/2018 | $ 3,411.58 | $ - | $ 3,411.58 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 10/11/2018 | 10/10/2018 | $ 3,411.58 | $ - | $ 3,411.58 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 10/5/2018 | 10/4/2018 | $ 3,411.58 | $ - | $ 3,411.58 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 10/4/2018 | 10/3/2018 | $ 3,411.58 | $ - | $ 3,411.58 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 10/2/2018 | 10/1/2018 | $ 3,411.58 | $ - | $ 3,411.58 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 10/1/2018 | 9/28/2018 | $ 945.96 | $ - | $ 945.96 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 9/27/2018 | 9/26/2018 | $ 945.96 | $ - | $ 945.96 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 9/25/2018 | 9/24/2018 | $ 945.96 | $ - | $ 945.96 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 9/24/2018 | 9/21/2018 | $ 3,411.58 | $ - | $ 3,411.58 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 9/20/2018 | 9/19/2018 | $ 945.96 | $ - | $ 945.96 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 9/17/2018 | 9/14/2018 | $ 945.96 | $ - | $ 945.96 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 9/6/2018 | 9/5/2018 | $ 945.96 | $ - | $ 945.96 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 9/3/2018 | 8/31/2018 | $ 3,411.58 | $ - | $ 3,411.58 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 8/29/2018 | 8/28/2018 | $ 3,411.58 | $ - | $ 3,411.58 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 8/28/2018 | 8/27/2018 | $ 945.96 | $ - | $ 945.96 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 8/27/2018 | 8/24/2018 | $ 945.96 | $ - | $ 945.96 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 8/20/2018 | 8/17/2018 | $ 3,411.58 | $ - | $ 3,411.58 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 8/13/2018 | 8/11/2018 | $ 3,411.58 | $ - | $ 3,411.58 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 8/8/2018 | 8/7/2018 | $ 3,411.58 | $ - | $ 3,411.58 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 8/7/2018 | 8/6/2018 | $ 3,245.76 | $ - | $ 3,245.76 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 8/2/2018 | 8/1/2018 | $ 3,245.76 | $ - | $ 3,245.76 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 8/1/2018 | 7/31/2018 | $ 3,245.76 | $ - | $ 3,245.76 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 7/31/2018 | 7/30/2018 | $ 3,245.76 | $ - | $ 3,245.76 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 7/27/2018 | 7/26/2018 | $ 3,245.76 | $ - | $ 3,245.76 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 7/26/2018 | 7/25/2018 | $ 3,245.76 | $ - | $ 3,245.76 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 7/25/2018 | 7/24/2018 | $ 3,245.76 | $ - | $ 3,245.76 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 7/23/2018 | 7/20/2018 | $ 3,245.76 | $ - | $ 3,245.76 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 7/19/2018 | 7/18/2018 | $ 3,245.76 | $ - | $ 3,245.76 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 7/17/2018 | 7/16/2018 | $ 3,245.76 | $ - | $ 3,245.76 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 7/11/2018 | 7/10/2018 | $ 3,245.76 | $ - | $ 3,245.76 |
| ROBERTSON | ANDREW | | | | PAYPAL WINDOW S | | 7/9/2018 | 7/6/2018 | $ 3,245.76 | $ - | $ 3,245.76 |

| Last | First | | Source | Date 1 | Date 2 | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 7/6/2018 | 7/5/2018 | $ 3,245.76 | $ - | $ 3,245.76 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 6/25/2018 | 6/24/2018 | $ 3,245.76 | $ - | $ 3,245.76 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 6/20/2018 | 6/19/2018 | $ 3,245.76 | $ - | $ 3,245.76 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 6/18/2018 | 6/15/2018 | $ 945.96 | $ - | $ 945.96 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 6/14/2018 | 6/13/2018 | $ 945.96 | $ - | $ 945.96 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 6/13/2018 | 6/12/2018 | $ 945.96 | $ - | $ 945.96 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 6/12/2018 | 6/11/2018 | $ 3,245.76 | $ - | $ 3,245.76 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 6/11/2018 | 6/8/2018 | $ 945.96 | $ - | $ 945.96 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 6/8/2018 | 6/7/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 6/7/2018 | 6/6/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 6/5/2018 | 6/4/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 5/31/2018 | 5/30/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 5/22/2018 | 5/21/2018 | $ 945.96 | $ - | $ 945.96 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 5/22/2018 | 5/21/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 5/21/2018 | 5/17/2018 | $ 586.98 | $ - | $ 586.98 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 5/16/2018 | 5/15/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 5/11/2018 | 5/10/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| **ROBERTSON** | **ANDREW** | | **PAYPAL WINDOWS** | **5/4/2018** | **5/3/2018** | **$ 2,587.13** | **$ -** | **$ 2,587.13** |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 5/1/2018 | 4/30/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 4/26/2018 | 4/25/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 4/19/2018 | 4/18/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 4/6/2018 | 4/5/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 4/2/2018 | 3/30/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 3/28/2018 | 3/27/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 3/26/2018 | 3/23/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 3/19/2018 | 3/16/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 3/13/2018 | 3/12/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 3/8/2018 | 3/7/2018 | $ 4,857.76 | $ - | $ 4,857.76 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 3/2/2018 | 3/1/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 2/21/2018 | 2/20/2018 | $ 4,857.76 | $ - | $ 4,857.76 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 2/16/2018 | 2/15/2018 | $ 4,857.76 | $ - | $ 4,857.76 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 2/8/2018 | 2/7/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 2/1/2018 | 1/31/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 1/22/2018 | 1/19/2018 | $ 4,857.76 | $ - | $ 4,857.76 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 1/12/2018 | 1/11/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 1/5/2018 | 1/4/2018 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 12/27/2017 | 12/26/2017 | $ 4,857.76 | $ - | $ 4,857.76 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 12/15/2017 | 12/14/2017 | $ 3,345.86 | $ - | $ 3,345.86 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 12/8/2017 | 12/7/2017 | $ 4,857.76 | $ - | $ 4,857.76 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 12/5/2017 | 12/4/2017 | $ 3,697.25 | $ - | $ 3,697.25 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 11/28/2017 | 11/27/2017 | $ 3,697.25 | $ - | $ 3,697.25 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 11/20/2017 | 11/19/2017 | $ 975.36 | $ - | $ 975.36 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 11/10/2017 | 11/9/2017 | $ 975.36 | $ - | $ 975.36 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 11/1/2017 | 10/31/2017 | $ 3,697.25 | $ - | $ 3,697.25 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 10/27/2017 | 10/26/2017 | $ 975.36 | $ - | $ 975.36 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 10/24/2017 | 10/23/2017 | $ 4,857.76 | $ - | $ 4,857.76 |
| ROBERTSON | ANDREW | | PAYPAL WINDOWS | 10/18/2017 | 10/17/2017 | $ 975.36 | $ - | $ 975.36 |

2

| Name | Description | Date 1 | Date 2 | Amount | | Amount 2 |
|---|---|---|---|---|---|---|
| ROBERTSON ANDREW | PAYPAL WINDOW S | 10/2/2017 | 9/29/2017 | $ | 975.36 | $ 975.36 |
| ROBERTSON ANDREW | PAYPAL WINDOW S | 9/26/2017 | 9/25/2017 | $ | 4,857.76 | $ 4,857.76 |
| ROBERTSON ANDREW | PAYPAL WINDOW S | 9/12/2017 | 9/11/2017 | $ | 3,697.25 | $ 3,697.25 |
| ROBERTSON ANDREW | PAYPAL WINDOW S | 9/4/2017 | 9/1/2017 | $ | 3,529.37 | $ 3,529.37 |
| ROBERTSON ANDREW | PAYPAL WINDOW S | 8/23/2017 | 8/22/2017 | $ | 3,599.69 | $ 3,599.69 |

$272,260

**United States v. Andrew Robertson, 21-cr-209 (CKK)**
**Government's Memorandum in Aid of Sentencing**

**Exhibit 3B: Paypal Transaction Records**
**Showing Receipt of These Payments**

**Transaction Log for Robertson's Fake Catering Company Paypal Account**

| Date | Type | Status | Gross |
|---|---|---|---|
| 2/19/2019 | Credit Card Payment Received | Completed | $100.00 |
| 11/16/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 11/15/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 11/6/2018 | Credit Card Payment Received | Completed | $1,488.67 |
| 11/5/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 11/2/2018 | Credit Card Payment Received | Completed | $1,488.67 |
| 10/31/2018 | Credit Card Payment Received | Completed | $1,488.67 |
| 10/30/2018 | Credit Card Payment Received | Completed | $1,488.67 |
| 10/26/2018 | Credit Card Payment Received | Completed | $1,488.67 |
| 10/25/2018 | Credit Card Payment Received | Completed | $1,488.67 |
| 10/24/2018 | Credit Card Payment Received | Completed | $1,488.67 |
| 10/23/2018 | Credit Card Payment Received | Completed | $1,488.67 |
| 10/22/2018 | Credit Card Payment Received | Completed | $1,488.67 |
| 10/18/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 10/14/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 10/12/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 10/10/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 10/4/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 10/3/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 10/1/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 9/28/2018 | Credit Card Payment Received | Completed | $945.96 |
| 9/26/2018 | Credit Card Payment Received | Completed | $945.96 |
| 9/24/2018 | Credit Card Payment Received | Completed | $945.96 |
| 9/21/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 9/19/2018 | Credit Card Payment Received | Completed | $945.96 |
| 9/14/2018 | Credit Card Payment Received | Completed | $945.96 |
| 9/5/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 8/31/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 8/28/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 8/27/2018 | Credit Card Payment Received | Completed | $945.96 |
| 8/24/2018 | Credit Card Payment Received | Completed | $945.96 |
| 8/17/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 8/11/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 8/7/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,411.58 |
| 8/6/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,245.76 |
| 8/1/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,245.76 |
| 7/31/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,245.76 |
| 7/30/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,245.76 |
| 7/26/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,245.76 |
| 7/25/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,245.76 |
| 7/24/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,245.76 |
| 7/20/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,245.76 |
| 7/18/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,245.76 |
| 7/16/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,245.76 |
| 7/10/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,245.76 |
| 7/6/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,245.76 |
| 7/5/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,245.76 |
| 6/24/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,245.76 |
| 6/19/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,245.76 |
| 6/15/2018 | Credit Card Payment Received | Completed | $945.96 |
| 6/13/2018 | Credit Card Payment Received | Completed | $945.96 |
| 6/12/2018 | Credit Card Payment Received | Completed | $945.96 |
| 6/11/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,245.76 |

| Date | Description | Status | Amount |
|---|---|---|---|
| 6/10/2018 | Mobile Payment Received | Completed | $193.50 |
| 6/8/2018 | Credit Card Payment Received | Completed | $945.96 |
| 6/7/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 6/6/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 6/4/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 5/30/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 5/21/2018 | Credit Card Payment Received | Completed | $945.96 |
| 5/17/2018 | Credit Card Payment Received | Completed | $586.98 |
| 5/15/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 5/10/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 5/3/2018 | Credit Card Payment Received | Completed | $2,587.13 |
| 4/30/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 4/25/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 4/18/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 4/5/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 3/30/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 3/27/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 3/23/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 3/16/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 3/12/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 3/7/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 3/1/2018 | Credit Card Payment Received (Travel Rule) | Completed | $4,857.76 |
| 2/20/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 2/15/2018 | Credit Card Payment Received (Travel Rule) | Completed | $4,857.76 |
| 2/7/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 1/31/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 1/19/2018 | Credit Card Payment Received (Travel Rule) | Completed | $4,857.76 |
| 1/11/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 1/4/2018 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 12/26/2017 | Credit Card Payment Received (Travel Rule) | Completed | $4,857.76 |
| 12/14/2017 | Credit Card Payment Received (Travel Rule) | Completed | $3,345.86 |
| 12/7/2017 | Credit Card Payment Received (Travel Rule) | Completed | $4,857.76 |
| 12/4/2017 | Credit Card Payment Received (Travel Rule) | Completed | $3,697.25 |
| 11/27/2017 | Credit Card Payment Received (Travel Rule) | Completed | $3,697.25 |
| 11/19/2017 | Credit Card Payment Received | Completed | $975.36 |
| 11/9/2017 | Credit Card Payment Received | Completed | $975.36 |
| 10/31/2017 | Credit Card Payment Received (Travel Rule) | Completed | $3,697.25 |
| 10/27/2017 | Payment Received (Personal) | Completed | $482.75 |
| 10/26/2017 | Credit Card Payment Received | Completed | $975.36 |
| 10/23/2017 | Credit Card Payment Received (Travel Rule) | Completed | $4,857.76 |
| 10/17/2017 | Credit Card Payment Received | Completed | $975.36 |
| 9/29/2017 | Credit Card Payment Received | Completed | $975.36 |
| 9/25/2017 | Credit Card Payment Received (Travel Rule) | Completed | $4,857.76 |
| 9/11/2017 | Credit Card Payment Received (Travel Rule) | Completed | $3,697.25 |
| 9/1/2017 | Credit Card Payment Received (Travel Rule) | Completed | $3,529.37 |
| 8/22/2017 | Credit Card Payment Received (Travel Rule) | Completed | $3,599.69 |
| | | TOTAL | $273,037.03 |

**United States v. Andrew Robertson, 21-cr-209 (CKK)**
**Government's Memorandum in Aid of Sentencing**

**Exhibit 3C: Paypal Records**
**Showing Account Holder Information**
**For the Fake Catering Company**



## Global Investigations

**Law Enforcement Officer:**     Williams, Derrick Assistant United States Attorney
**Law Enforcement Agency:**      US Attorney's Office - Washington DC
**Requested On:**                Thu, 11 Apr 2019 16:07
**Evidence Gathered On:**        Thu, 25 Apr 2019 18:38
**Law Enforcement Reference:**   2019r00191

All times indicated in this document refer to time zone GMT

| Registration Information | |
|---|---|
| *User Info* | |
| First Name | Andrew |
| Middle Name | |
| Last Name | Robertson |
| DOB | |
| CC Statement Name | WINDOW S |
| Email | |
| *Business Info* | |
| Business Name | Window's |
| URL | |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Open |
| Account # | 2152755726000561513 |
| Account Type | Business - Verified |
| Time Created | Fri, 04 Dec 2015 21:26:44 |
| *SSN* | |
| SSN | |
| TIN | |

| Email Addresses |
|---|

| Email Address | | Primary | Confirmed | Active |
|---|---|---|---|---|
| | | TRUE | TRUE | TRUE |

| Aliases | | | |
|---|---|---|---|
| Name | Login Alias | Privileges | Active |

| Phone Numbers | | |
|---|---|---|
| Phone Number | Confirmation Status | Type |
| | Unconfirmed | Mobile |
| | Unconfirmed | Work - Deleted |
| | Unconfirmed | Mobile - Deleted |

| Addresses | | |
|---|---|---|
| Address | Use | Date Entered |
| Window's,          , Washington, DC, US 20003 | Home Or Work | 11/15/18 |
| Andrew Robertson,            Washington, DC, US 20003 | Gift (Hidden) | 11/19/17 |
| Andrew Robertson,            , Washington, DC, US 20003 | Gift (Hidden) | 10/24/17 |
| Window's, 10 Happy PL SE , Washington, DC, US 20032 | Home Or Work | 08/21/17 |
| Window's, 10 Happy PL SE , Washington, DC, US 20032 | Home Or Work | 08/21/17 |

| Financial Information | |
|---|---|
| *Summary* | |
| Account Balance | USD 0.53 (Primary) |
| Total Amount Sent | USD 2,737.79 (Primary) |
| Total Amount Received | USD 273,037.03 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 20,075.16 |
| Amount Received Month 2 | USD 16,407.24 |
| Amount Received Month 3 | USD 11,549.48 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |

| | |
|---|---|
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |
| *Secure Card Attributes* | |
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |
| *PayPal Credit* | |
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | |
| Authorized Users | |

| Bank Accounts | | | | |
|---|---|---|---|---|
| **Account #** | **Status** | **Name** | **Bank Info** | **Routing #** |
| | ACTIVE-Primary | Window's | | 051000017 |
| **Type** | **Bank Name** | **Confirmed** | | **Country** |
| CHECKING | BANK OF AMERICA, N.A. | Confirmed: Two Random Deposits | | US |

| Credit Cards | | | | |
|---|---|---|---|---|
| **Account #** | **Status** | **Name** | **Start Date** | **Expiration Date** |
| | INACTIVE | Andrew Robertson | 4-Dec-15 | 10/2019 |
| **Type** | **Issuer** | **Confirmed** | **Issue #** | **Currency** |
| VISA DEBIT | Bank of America, National Association | Unconfirmed | | USD |
| **Account #** | **Status** | **Name** | **Start Date** | **Expiration Date** |
| | REMOVED | Andrew Robertson | 21-Aug-17 | 05/2021 |
| **Type** | **Issuer** | **Confirmed** | **Issue #** | **Currency** |
| VISA DEBIT | Bank of America, National Association | Confirmed: PayPal Code | | USD |
| **Account #** | **Status** | **Name** | **Start Date** | **Expiration Date** |
| | ACTIVE | Andrew Robertson | 15-Nov-18 | 11/2022 |

| Type | Issuer | Confirmed | Issue # | Currency |
|---|---|---|---|---|
| VISA DEBIT | Bank of America, National Association | Unconfirmed: PayPal Code | | USD |

| Debit Cards |
|---|

| Restrictions | | | |
|---|---|---|---|
| Restriction | Time Restricted | Time Lifted | Attack Case ID |

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.