UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ANDREW ROBERTSON, )<br>)<br>Defendant. )<br>) | Crim. No. 21-209 (CKK) |

## ORDER

Upon consideration of Defendant Robertson's Unopposed Motion for Extension of Reporting Date, the motion is **GRANTED**. It is hereby,

**ORDERED** that Defendant Robertson shall report, as designated by the Federal Bureau of Prisons, on any date so directed by the Bureau of Prisons after October 25, 2021.

**ORDERED** that Defendant Robertson's present conditions of release remain in effect.

**SO ORDERED.**

/s/
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT COURT JUDGE

9-23-2021
DATE