UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 21-CR-209 (CKK) |
| ) | |
| ANDREW ROBERTSON ) | |

**EMERGENCY MOTION TO VACATE REPORTING DATE**

Defendant, Andre Robertson, through undersigned counsel, hereby moves to vacate his self-surrender reporting date to the Bureau of Prisons. In support of this motion, defendant states as follows:

1. On August 16, 2021, the Court sentenced Mr. Robertson to a period of incarceration of 41 months. After imposing the Defendant's sentence, the Court permitted the Defendant to self-surrender to serve his sentence when directed to do so by the Bureau of Prisons.

2. Mr. Robertson was notified by the Bureau of Prisons that his self-surrender date was set for January 24, 2022, and that he was to report to the federal prison in Butner, North Carolina, on that date.

3. In the early morning hours of January 24, 2022, Mr. Robertson was admitted to the psychiatric ward of the University Hospital of Newark, New Jersey, for mental health treatment.[1] Two days later (January 26, 2022) Mr. Robertson was admitted to the Summit Oaks Hospital in Summit, New Jersey, where he is now receiving in-patient mental health treatment. *See*, Attachment A. At

---

[1] The cause of Mr. Robertson's admission to the psychiatric ward of University Hospital and Summit Oaks Hospital has been provided to the government, the probation office and pre-trial services.

present, Mr. Robertson does not have a discharge date.

4. Vacating his date to self-surrender will ensure that Mr. Robertson's mental health treatment will not be interrupted before he reports to serve the sentence imposed by the Court in this case, and will provide the Bureau of Prisons with a comprehensive report of Mr. Robertson's present mental health status and treatment recommendations.

5. Mr. Robertson therefore requests that his January 24, 2022, self-surrender date be vacated, and that Mr. Robertson be allowed to file an update with the Court concerning his anticipated discharge date from the Summit Oaks Hospital no later than February 4, 2022.

6. The Government, per Assistant United States Attorney Kathryn Rakoczy, does not oppose Mr. Robertson completing his in-patient mental health treatment but opposes vacating Mr. Robertson's surrender date, and asks instead that the US Marshals be directed to take Mr. Robertson into custody upon his discharge from Summit Oaks Hospital.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

David W. Bos
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500