UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDREW ROBERTSON,<br>Defendant. | Criminal No. 21-209 (CKK) |

**ORDER**
(February 24, 2022)

Defendant Andrew Robertson ("Defendant" or "Mr. Robertson") most recent self-surrender date was set for January 24, 2022, and he was directed to report to Butner FCI, in Butner, North Carolina. *See* Defendant's Emergency Motion to Vacate Reporting Date, ECF No. 80, at 1. Mr. Robertson failed to report on that date due to being admitted to the psychiatric ward of the University Hospital of Newark, New Jersey ("University Hospital") for mental health treatment in the early morning hours of January 24, 2022. *Id.* Then, on January 26, 2022, Mr. Robertson was "admitted to the Summit Oaks Hospital ("Summit Oaks") in Summit, New Jersey, where he received in-patient mental health treatment." *Id.*

By means of the Court's [81] Order dated February 7, 2022, Defendant's [80] Emergency Motion to Vacate Reporting Date was denied. The Court revoked Mr. Robertson's self-surrender date of January 24, 2022, due to his admission to the University Hospital psychiatric ward, followed by his admission to Summit Oaks. Mr. Robertson's personal recognizance bond was revoked, and this Court vacated its [78] November 23, 2021 Order permitting Defendant to self-surrender to a facility designated by the Bureau of Prisons ("BOP").

Furthermore, this Court ordered that the United States Marshals Service was to take Defendant into custody upon his release from Summit Oaks, and transport him to a facility

1

designated by the BOP to start serving his sentence. On February 24, 2022, Defendant was transferred from Summit Oaks to Carrier Clinic, in Belle Mead, NJ for inpatient treatment, due to concerns about self-harm. The United States Marshals Service has been notified that Mr. Robertson will be discharged in approximately ten business days from the date of this Order. Accordingly, it is this 24th day of February 2022,

ORDERED that a bench warrant shall issue directing the United States Marshals Service to take Defendant into custody upon his release from Carrier Clinic, and transport him to a facility designated by the BOP to start serving his sentence. The warrant shall notify the United States Marshals Service of Defendant's <u>mental health needs</u> and <u>request expedited transfer to the BOP-designated facility</u>. If a facility is not immediately designated by the BOP, Defendant should be detained in a facility that can provide basic mental health services; and it is further

ORDERED that a copy of this Order will be provided to counsel, the United States Probation Office, Pretrial Services, the United States Marshals Service, a representative of Summit Oaks, and a representative of Carrier Clinic.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE